ANDERSON, Appellant, v. RIFFLE, Sheriff, Respondent.

(154 N. W. 648.)

(File No. 3782.   Opinion filed November 4, 1915.)

**Appeals—Abandonment of—Failure to File Brief—Affirmance.**

> Where, for over five months after filing in Supreme Court appellant's notice of appeal and undertaking, no brief, stipulation, or other papers were filed, held, that appellant's application to be relieved from default in failing to file brief and for extension of time for that purpose will be denied, the appeal being abandoned, and judgment appealed from affirmed; following Conger v. La Plant, 36 S. D. 180, 153 N. W. 934.

Appeal from Circuit Court, Charles Mix County. Hon. ROBERT B. TRIPP, Judge.

Action by G. W. Anderson, against L. W. Riffle, as Sheriff in and for Charles Mix County. From a judgment for defendant, plaintiff appeals. Affirmed.

G. M. Caster, for Appellant.

P. A. Hosford, for Respondent.

SMITH, J. On February 24, 1915, a notice of appeal and undertaking on appeal in this case were filed in the office of the clerk of the circuit court, and were transmitted to and filed in this court on April 1, 1915. After that time no briefs, stipulation, or other papers were filed until September 8, 1915, when appellant filed an application to be relieved from default in failing to file briefs on appeal, and for an extension of 30 days within which to print briefs.

The application was denied on September 22, 1915, for the same reasons assigned in Conger v. La Plant, 153 N. W. 1006.

The appeal will be deemed abandoned and the judgment appealed from is affirmed as in Conger v. La Plant, 153 N. W. 934. It will be so ordered.